LISA LUNSFORD, SBN 206044
Homeless Action Center
2500 MLK Jr. Way
Berkeley, CA 94704
Telephone: (510) 540-0878
Facsimile: (510) 540-0403

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOU LIM, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br><br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 06-03525 CRB <br><br> STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file a reply brief in opposition to Defendant's Cross-Motion for Summary Judgment.  Plaintiff's response was due on November 29, 2006, pursuant to Civil L.R.16-5.  Plaintiff's response is now due on December 29, 2006.

/

/

/

This is Plaintiff's first request for an extension of time.

Dated:  November 21, 2006

        /S/
LISA LUNSFORD
Attorney for Plaintiff


KEVIN V. RYAN
United States Attorney

Dated:  11/21/06

        /S/
SARA WINSLOW
Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 22, 2006

CHARLES R. BREYER
UNITED STATES

IT IS SO ORDERED
Judge Charles R. Breyer