LISA LUNSFORD, SBN 206044
Homeless Action Center
3126 Shattuck Ave
Berkeley, CA 94705
Telephone: (510) 540-0878
Facsimile: (510) 540-0403

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOU LIM,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 06-03525 CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of four thousand five hundred dollars ($4,500.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have

1  relating to EAJA fees in connection with this action.  Any payment shall be made payable to
2  Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel at the above
3  address.
4       This award is without prejudice to the rights of Plaintiff's counsel to seek Social
5  Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

7  Dated:  June 2, 2008

          /S/
LISA LUNSFORD
Attorney for Plaintiff Thou Lim


*(as authorized via telephone on May 30, 2008)*
NANCY M. LISEWSKI
Assistant Regional Counsel
U.S. Social Security Administration

17  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act
18  Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded
19  attorney fees under the EAJA in the amount of four thousand five hundred dollars and zero
20  cents ($4,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-
21  referenced Stipulation.

25  Dated:   June 3, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE